1
2
3
4
5
6
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No.: *ED 14-194m*

12              Plaintiff,            )   ORDER OF DETENTION PENDING
                                      )   FURTHER REVOCATION
                 v.                   )   PROCEEDINGS
13                                    )   (FED. R. CRIM. P. 32.1(a)(6); 18
14   *Gunzalo Lopez-Martin*           )   U.S.C. § 3143(a)(1))
                 Defendant.           )
15   _____)

16        The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the _____ District of

18   *Oregon*      for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20        Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)   The defendant has not met his/her burden of establishing by clear and

23             convincing evidence that he/she is not likely to flee if released under 18

24             U.S.C. § 3142(b) or (c).  This finding is based on the following:

25             (X)   information in the Pretrial Services Report and Recommendation

26             (X)   information in the violation petition and report(s)

27             (X)   the defendant's nonobjection to detention at this time

28             ( )   other: _____

                                          1

1    and/ or

2  B. (X)   The defendant has not met his/her burden of establishing by clear and

3           convincing evidence that he/she is not likely to pose a danger to the

4           safety of any other person or the community if released under 18 U.S.C.

5           § 3142(b) or (c).  This finding is based on the following:

6           (X)   information in the Pretrial Services Report and Recommendation

7           (X)   information in the violation petition and report(s)

8           (X)   the defendant's nonobjection to detention at this time

9           ( )   other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: May 14, 2014

15                                      SHERI PYM
                                        United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28